UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESARIO VIZCARRA MEDINA,<br><br>           Plaintiff,<br><br>     v.<br><br>CDCR, et al.,<br><br>           Defendants. | Case No. 1:22-cv-00764-ADA-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED, WITHOUT PREJUDICE, FOR FAILURE TO COMPLY WITH A COURT ORDER, TO PROSECUTE THIS CASE, AND/OR TO COMPLY WITH FEDERAL RULE OF CIVIL PROCEDURE 4(M)<br><br>TWENTY-ONE DAY DEADLINE |

Cesario Medina ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case is proceeding on Plaintiff's Eighth Amendment excessive force claim against Doe ISU Officers 1-3. (ECF Nos. 1, 6, 7, & 9).

As this case is only proceeding against Doe defendants, the Court authorized the issuance of a subpoena so that Plaintiff could seek documents that identify the Doe defendants. (ECF No. 10). The subpoena was served on March 7, 2023. (ECF No. 18).

Additionally, the Court set a deadline for Plaintiff to file a motion to substitute named defendants in place of the Doe defendants. (Id.). Plaintiff was warned that "Failure to file a motion to substitute by this deadline may result in the dismissal of the unidentified defendants." (Id. at 2). This deadline was subsequently extended to April 10, 2023. (ECF No. 17).

The extended deadline has passed, and Plaintiff has not filed a motion to substitute or

taken any other action in this case. Accordingly, the Court will give Plaintiff an opportunity to show cause why the Court should not issue findings and recommendations to a district judge, recommending that this action be dismissed, without prejudice, because of Plaintiff's failure to comply with a court order, failure to prosecute, and/or failure to comply with Rule 4(m). The Court will vacate this order to show cause if, in response, Plaintiff files a motion to substitute named defendants in place of the Doe defendants, files a motion to compel regarding the subpoena that was served on March 7, 2023, or files a motion for the issuance of a second subpoena for additional documents so that he can attempt to identify the Doe defendants.

Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff has twenty-one days from the date of service of this order to show cause why this action should not be dismissed, without prejudice, for failure to comply with a court order, failure to prosecute, and/or failure to comply with Rule 4(m); and
2. Failure to respond to this order may result in this action being dismissed, without prejudice.

IT IS SO ORDERED.

Dated: **April 25, 2023**            /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE