UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESARIO VIZCARRA MEDINA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00764-NODJ-EPG (PC)<br><br>**ORDER REGARDING SETTLEMENT CONFERENCE**<br><br>**14-DAY DEADLINE** |

　　　　Plaintiff Cesario Medina is a state prisoner appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The Court has held that this case may proceed on Plaintiff's Eighth Amendment claims of excessive force against Investigative Services Unit (ISU) Officers Anthony Arisco and Joe Luis at California State Prison in Corcoran. (ECF No. 39). Defendants have filed an Answer. (ECF No. 45). All parties have filed their scheduling and discovery statements. (ECF Nos. 47 & 48).

　　　　The Court has reviewed this case and the parties' statements. Defendants indicate that "they will be prepared to participate in a settlement conference in 60 days, or after April 23, 2024." (ECF No. 48 at 2). Plaintiff states that he is "prepared for a settlement conference." (ECF No. 47).

　　　　Accordingly, the Court directs the parties to participate in a settlement conference, as soon as possible after April 23, 2024, to see if the case can reach an early settlement. Neither side is waiving any claims, defenses, or objections by participating in this settlement conference.

1

The Court will schedule this case shortly after the scheduling conference, if it is not successful.

**IT IS ORDERED:**

    Within **14 days** of this order, defense counsel is directed to contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule the settlement conference for a date shortly after April 23, 2024. After confirming availability, the Court will issue an order setting a settlement conference. That order will include the date of the conference and the Magistrate Judge who will oversee the conference, and may also include procedures required by that Judge.[1]

IT IS SO ORDERED.

Dated:  **February 29, 2024**            /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned will not be the Magistrate Judge overseeing the settlement conference.