UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESARIO VIZCARRA MEDINA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOE LUIS, *et al.*,<br><br>　　　　Defendants. | Case No. 1:22-cv-00764-KES-EPG (PC)<br><br>**ORDER AMENDING CAPTION** |

　　　　For the reasons stated below, the Court directs the Clerk of Court to amend the caption of this case and terminate a Doe defendant and a defendant erroneously added through an attorney-filing error.

　　　　Plaintiff Cesario Vizcarra Medina is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff commenced this action by filing a complaint on June 22, 2022 (ECF No. 1). Plaintiff alleged that Investigative Services Unit (ISU) officer(s) broke his arm and that he was not being provided with constitutionally adequate treatment for his broken arm. (*See generally* ECF No. 1; ECF No. 6 at 1). In his complaint, Plaintiff named as defendants California Department of Corrections and Rehabilitation (CDCR); Connie Gipson, Director of CDCR; Ken Clark, Warden at Corcoran State Prison (CSP); Chief Medical Officer at CSP; Gavin Newsom, Governor of California; and Does 1–100 as defendants. (ECF No. 1 at 1, 2; ECF No. 6 at 4).

1

The Court screened Plaintiff's complaint on September 30, 2022, and found that only Plaintiff's Eighth Amendment excessive force claim against Doe ISU Officers 1–3 should proceed past screening and that all other claims and defendants should be dismissed. (ECF No. 6 at 10). The Court gave Plaintiff option to proceed on the cognizable claim, file an amended complaint, or stand on his original complaint. (*Id.* at 11). Plaintiff then filed a notice on October 13, 2022, indicating that he wanted to proceed only on his cognizable claim. (ECF No. 7).

Accordingly, on October 17, 2022, the Court issued findings and recommendations, recommending that all claims and defendants be dismissed, except for Plaintiff's Eighth Amendment excessive force claim against Doe ISU Officers 1–3. (ECF No. 9 at 2). The district judge adopted these findings and recommendations in full in an order issued on June 1, 2023, holding that "[a]ll claims and Defendants are dismissed, except for Plaintiff's Eighth Amendment excessive force claim against Doe ISU Officers 1–3." (ECF No. 23 at 2). The same order directed the Clerk of Court "to reflect the dismissal of Defendants CDCR, Gipson, and Clark on the Court's docket, and to add Defendants Doe ISU Officer 1, Doe ISU Officer 2, and Doe ISU Officer 3." (*Id.*)

Since "all other defendants" were dismissed, this Order also dismissed Gavin Newsom, Governor of California. However, it does not appear that Newsom was listed in the caption on Court's docket when the complaint was first filed. To prevent any confusion in subsequent proceedings or on appeal and to accurately reflect the procedural posture of this case, the Court will order the Clerk of Court to add Gavin Newsom as a defendant and then terminate him with an effective date of June 1, 2023.

In addition, on November 21, 2023, the Court granted Plaintiff's motion to substitute two of Doe Defendants with Joe Luis and Anthony Arisco. (ECF No. 39). Two of the Doe Defendants were terminated accordingly. (*Id.* at 2). The Court also granted Plaintiff leave to file an amended complaint within 60 days of that order, if he chose to add additional claims and defendants. (*Id.*) That time has lapsed, and Plaintiff has not filed an amended complaint. Accordingly, Defendant "Doe ISU Officer 3" should be terminated from this action as superfluous.

Finally, a defendant "Appearance Special" was added through an attorney filing error on October 16, 2023. (ECF No. 29). The entry of this defendant is an error and this defendant should be terminated from this action.

The only remaining Defendants in this case are Joe Luis and Anthony Arisco.

Accordingly, **IT IS ORDERED**:

1) The Clerk of Court is directed to add Gavin Newsom as a defendant and to reflect his termination as of June 1, 2023;
2) The Clerk of Court is directed to terminate defendants "Doe ISU Officer 3" and "Appearance Special" from the docket;
3) That the caption of this case be changed to read as follows and all future filings shall refer to this case as *Medina v. Luis, et al.*:

| | |
|---|---|
| CESARIO VIZCARRA MEDINA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOE LUIS, *et al.*,<br><br>　　　　Defendants. | Case No. 1:22-cv-00764-KES-EPG (PC) |

IT IS SO ORDERED.

Dated:　**May 29, 2024**　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE