UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESARIO VIZCARRA MEDINA,<br><br>        Plaintiff,<br><br>   v.<br><br>LUIS, *et al.*,<br><br>        Defendants. | No. 1:22-cv-00764-KES-EPG (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On March 13, 2025, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **March 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge